IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 08-cv-02506- ZLW -BNB | FTR BNB Geneva D. Mattei |
| **Date:** January 22, 2010 | COURTROOM A-401 |

EDWARD ALLEN,                                          Pro se by video conference

        Plaintiffs,

v.

ARISTEDES ZAVARAS, et al.                     Patrick Sayas
                                                                         Gillian Dale

        Defendants.

## COURTROOM MINUTES

**EVIDENTIARY HEARING**

Court in Session:     9:05 a.m.

Court calls case.

Appearances of Counsel.

Evidence is offered regarding the plaintiff's motion for restraining order.

Plaintiff is sworn. Direct testimony by plaintiff.

Exhibits 16, 17, 19 and 20 addressed and admitted.

Plaintiff rests.

Cross examination of Mr. Allen by Mr. Sayas.

Defense rests.

Closing argument by plaintiff.

Closing argument by defense.

Rebuttal by Mr. Allen.

**ORDERED:** **The plaintiff's motion for restraining order [Doc. # 46; filed 5/22/09] is TAKEN UNDER ADVISEMENT, as stated in record. The court will file a Recommendation.**

Court in recess:        10:08 a.m.        Hearing concluded.    Total time in Court:    01:03

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.