IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02506-ZLW-BNB

EDWARD ALLEN,

Plaintiff,

v.

ARISTEDES ZAVARAS,
J. HASSENFRITZ,
MS. GRAHAM,
COLORADO DEPARTMENT OF CORRECTIONS, and
CORRECTIONS CORPORATION OF AMERICA,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Strike From Defendants Hassenfritz and Corrections Corporation of America** [docket no. 55, filed June 9, 2009], **Motion for Expedited Review** [docket no. 66, filed June 29, 2009], and **Motion Requesting Information that Graham has been Served** [docket no. 90, filed November 16, 2009] (the "Motions").

      IT IS ORDERED that the Motions are DENIED AS MOOT.

DATED:  January 22, 2010