IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 08-cv-02506-ZLW-BNB

EDWARD ALLEN,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
J. HASSENFRITZ,
MS. GRAHAM,
COLORADO DEPARTMENT OF CORRECTIONS, and
CORRECTIONS CORPORATION OF AMERICA,

    Defendants.

---

ORDER

---

The matter before the Court is Plaintiff's Motion For Reconsideration Or Permission To Appeal (Doc. No. 189). Plaintiff seeks reconsideration of this Court's Order dated December 2, 2010 (Doc. No. 13). Alternatively, Plaintiff requests "permission to appeal."

The Court has reviewed Plaintiff's arguments and the relevant legal authority and denies Plaintiff's request for reconsideration. Additionally, Plaintiff already has already filed an appeal in this case.[1]  Accordingly, it is

ORDERED that Plaintiff's Motion For Reconsideration Or Permission To Appeal (Doc. No. 189; Dec. 16, 2010) is denied.

DATED at Denver, Colorado, this 22nd day of December, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

---

[1] *See* Doc. No. 166 (July 19, 2010).